IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID W. SMITH, JR.,** : | |
| Petitioner : | No. 1:23-cv-00120 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **WARDEN ERIK ROKOSKY,** : | |
| Respondent : | |

## ORDER

**AND NOW**, on this 9th day of December 2025, upon consideration of pro se Petitioner David W. Smith, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
